# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2153 Disciplinary Docket No. 3
                Petitioner : 
 : 
 : 
        v. : Board File Nos. C1-13-631 and
 : C1-15-265
 : 
DREW ALIA, : 
            Respondent : Attorney Registration No. 200247
 : (Philadelphia)

## O R D E R

**PER CURIAM**

AND NOW, this 17th day of April, 2015, an Order and Rule to Show Cause having been entered by this Court on March 31, 2015, and no response to the Rule having been filed, it is ORDERED that:

1. The Rule is made absolute and Respondent is placed on temporary suspension until further action by this Court;

2. Respondent shall comply with the provisions of Pa.R.D.E. 217; and

3. The President Judge of the Court of Common Pleas of Philadelphia County, in accordance with Pa.R.D.E. 217(g), shall enter such orders as may be necessary to fully protect the rights of Respondent's clients or fiduciary entities with which he is involved.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.